UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte)

QUAIL RIDGE NC, LLC, a
North Carolina limited liability company,
Plaintiff

Case No. 24-cv-12

vs.

EMMANUEL MEMINGER, a resident of
South Carolina

**MOTION FOR ENTRY OF
DEFAULT JUDGMENT**

**COMES NOW** Plaintiff, Quail Ridge NC, LLC and requests that the Clerk of Court enter default judgment against Defendant, Emmanuel Meminger pursuant to FRCP 55(B). In support of this request, plaintiff relies upon the record in this case and the affidavit and declaration submitted herewith.

Respectfully submitted this the 8th day of April, 2024

THE COOPER LEGAL FIRM, PC

_____
Stephanie Cooper, Esq.
The Cooper Legal Firm PC
5620 Concord Parkway S
Suite 103
Concord, NC 28027
(704) 940-3236
(704) 366-6363 Facsimile
sc@cooperlegalfirm.com
*Attorney for Plaintiff*